UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY M. STELLY | CIVIL ACTION NO. 6:15-188 |
| VERSUS | JUDGE DOHERTY |
| BOBBY J. GUIDROZ, ET AL. | MAGISTRATE JUDGE HANNA |

### RULE 7(a) HEIGHTENED PLEADING REVIEW

In this §1983 civil rights suit, plaintiff has sued St. Landry Parish Sheriff Bobby J. Guidroz, St. Landry Parish Jail Warden Wanda Gallien, Captain Craig Ortego and Officer Ricky Leger in their official and individual capacities. In their answer, these defendants plead qualified immunity. The undersigned has therefore conducted an evaluation of plaintiff's complaint to determine whether it meets the applicable heightened pleading requirement. *See* Schultea v. Wood, 47 F.3d 1427, (5th Cir. 1995); Baker v. Putnal, 75 F.3d 190, 195 (5th Cir. 1996).

After review, the undersigned concludes that the plaintiff has "supported his claims with sufficient precision and factual specificity to raise a genuine issue as to the illegality of defendants' conduct at the time of the alleged acts." Schultea, 47 F.3d at 1434. Although the court may later determine the facts in favor of these defendants, the sole issue presented here is whether plaintiff has satisfied the

heightened pleading requirement of <u>Shultea</u>, which the undersigned concludes he has.

Thus, no order limiting discovery under <u>Schultea</u> is appropriate.

Signed at Lafayette, Louisiana on this 28th day of September 2015.

_____
**PATRICK J. HANNA**
**UNITED STATES MAGISTRATE JUDGE**