UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GREGORY M STELLY | CIVIL ACTION NO. 6:15-cv-00188 |
| VERSUS | JUDGE FOOTE |
| BOBBY J GUIDROZ, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the third-party defendants' motion to dismiss [Rec. Doc. 56] is **GRANTED** and the defendants' third-party complaint is **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

Signed at Shreveport, Louisiana, this 3rd day of April 2018.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE